IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SHARON BLACK,, | ) | CIVIL NO. 07-00299 DAE-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE'S REPORT OF |
| | ) | SPECIAL MASTER ON |
| CITY AND COUNTY OF | ) | PLAINTIFF'S MOTION FOR |
| HONOLULU,, | ) | ATTORNEY FEES |
| | ) | AND DEFENDANT'S |
| Defendant(s). | ) | OBJECTIONS TO PLAINTIFF'S |
| | | MOTION FOR COSTS |

**ORDER ADOPTING MAGISTRATE'S REPORT OF SPECIAL MASTER ON PLAINTIFF'S MOTION FOR ATTORNEY FEES AND DEFENDANT'S OBJECTIONS TO PLAINTIFF'S MOTION FOR COSTS**

A Report of Special Master having been filed and served on all parties on January 29, 2010 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 22, 2010.

cc: all parties of record

_____
David Alan Ezra
United States District Judge