IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SHARON BLACK, | ) | CIVIL NO. 07-00299 DAE-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

An Amendment to the Report of Special Master having been filed on September 3, 2010, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on September 7, 2010 by First Class Mail to those parties of record who are not registered participants of CM/ECF, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "AMENDMENT TO REPORT OF SPECIAL MASTER ON PLAINTIFF'S MOTION FOR

ATTORNEY FEES AND DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR COSTS," document no. 320,  is adopted as the opinion and order of this court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, September 29, 2010.



_____
David Alan Ezra
United States District Judge

Sharon Black vs. City and County of Honolulu, Civil No. 07-00299 DAE-LEK; ORDER ADOPTING REPORT OF SPECIAL MASTER