IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHARON BLACK,  )<br>  )<br>     Plaintiff(s),  )<br>  )<br>  vs.  )<br>  )<br>CITY AND COUNTY OF )<br>HONOLULU, HONOLULU POLICE )<br>DEPARTMENT; STEPHEN )<br>WATARAI; KEVIN LIMA; )<br>CARLTON NISHIMURA; OWEN )<br>HARADA; CITY AND COUNTY OF )<br>HONOLULU, MEDICAL )<br>EXAMINERS OFFICE; KANTHI DE )<br>ALWIS; WILLIAM W. GOODHUE; )<br>ALICIA KAMAHELE; CITY AND )<br>COUNTY OF HONOLULU, )<br>HUMAN RESOURCES )<br>DEPARTMENT; DENISE )<br>TSUKAYAMA; CITY AND )<br>COUNTY OF HONOLULU, )<br>PROSECUTING ATTORNEY )<br>DEPARTMENT; WAYNE )<br>HASHIRO, in his official position as )<br>Managing Director of the C&C of )<br>Honolulu, with final responsibility for )<br>supervising Directors of Departments, )<br>  )<br>     Defendant(s).  )<br>_____ ) | CIVIL NO.  07-00299 DAE-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on July 30, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Intervenor's Motion For Attorney's Fees And Costs Be Granted In Part And Denied In Part" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: San Antonio, Texas, August 21, 2013.



_____
David Alan Ezra
United States District Judge